■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MYRA HERNANDEZ, Appellant. [852 NYS2d 870]—

 Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.